Original Proceedings by the State.

STATE ex rel. MOODY v. MILLARD COUNTY DRAIN-
AGE DIST. NO. 1 et al.

No. 2902.   Decided March 27, 1916.   (156 Pac. 924)

Original proceedings by the State on relation of Milton
Moody, for a writ of prohibition against Millard County
Drainage District No. 1 of Millard County, and others.

WRIT DENIED.

*C. R. Hollingsworth* for plaintiff.

*Thomas & Soule* for defendants.

McCARTY, J.

The identical questions presented in the case of *State of
Utah ex rel. John Y. Ferry* v. *Corinne Drainage District of
Box Elder County et al.*, 48 Utah 1, 156 Pac. 921, are in-
volved in this proceeding.   The cases were argued and sub-
mitted together.   On the authority of the Ferry case the writ
of prohibition applied for in this proceeding is denied.

STRAUP, C. J., and FRICK, J., concur.